IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ESAU ERNESTO CHICAS ORTEGA, | § § § § § § § § § § § § § § § § | |
| *Plaintiff,* | | 5:25-CV-00689-OLG-RBF |
| vs. | | |
| KRISTI NOEM, SECRETARY OF HOMELAND SECURITY; SYLVESTER ORTEGA, ACTING FIELD OFFICE DIRECTOR, SAN ANTONIO FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; AND US ATTORNEY GENERAL PAMELA BONDI, UNITED STATES ATTORNEY GENERAL; | | |
| *Defendants.* | | |

## ORDER DIRECTING SERVICE AND ANSWER/RESPONSE

On June 18, 2025, Esau Ernesto Chicas Ortega filed a Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241. Dkt. No. 1. Also filed was a Motion for Temporary Restraining Order or, in the Alternative, for a Preliminary Injunction. Dkt. No. 4. The District Judge referred the case to the Magistrate Judge, as described in the order of referral. *See* Dkt. No. 3.

**IT IS ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas,[1] with copies of the Petition, the Motion for Temporary Restraining Order, *see* Dkt. Nos. 1 & 3, and this Order, and that delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on

---

[1] Attorneys with the Office of the United States Attorney already appear on the docket and therefore will automatically receive this Order via the CM/ECF system.

Respondents: Pam Bondi, Attorney General, Kristi Noem, Secretary of the Department of Homeland Security.

**IT IS FURTHER ORDERED** that the District Clerk shall serve the remaining Respondent, Sylvester M. Ortega, Acting Field Office Director for Detention and Removal, ICE, by certified mail return receipt requested.

**IT IS FURTHER ORDERED** that Respondents shall file a response to the Petition **within (3) three days of the date of service**. *See* 28 U.S.C. § 2243. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days to respond, as provided in 28 U.S.C. § 2243. *See id.* (noting, a return (i.e., a response) demonstrating why the writ should not be issued shall be provided "within three days unless for good cause additional time, not exceeding twenty days, is allowed").

**IT IS SO ORDERED.**

SIGNED this 27th day of June, 2025.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE