**FILED**
June 27, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____NM____
DEPUTY

SUNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **ESAU ERNEST CHICAS ORTEGA,** § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> **KRISTI NOEM** *et al.*, § <br> § <br> Respondents. § | CIVIL NO. SA-25-CV-689-OLG |

### O R D E R

Pending before the Court is Petitioner's Motion for Temporary Restraining Order or, in the Alternative, for a Preliminary Injunction (the "Motion") (Dkt. No. 4). After careful consideration, the Court is of the opinion that the Motion (Dkt. No. 4) should be **GRANTED IN PART** and **DEFERRED IN PART** to preserve the status quo until the Court makes a final decision on preliminary injunctive relief.

**IT IS HEREBY ORDERED** that the Motion (Dkt. No. 4) is **GRANTED** insofar as Respondents are **ENJOINED** from deporting Petitioner from the United States until this Court orders otherwise.

**IT IS FURTHER ORDERED** that the Motion (Dkt. No. 4) is **DEFERRED** in all other respects pending a hearing.

**IT IS FURTHER ORDERED** that Respondents shall file a response to the Motion (Dkt. No. 4) no later than **Wednesday, July 2, 2025**.

**IT IS FURTHER ORDERED** that Petitioner shall file a reply in support of the Motion (Dkt. No. 4) no later than **Monday, July 7, 2025**.

**IT IS FURTHER ORDERED** that a hearing on the Motion (Dkt. No. 4) is **SET** for **Wednesday, July 9, 2025, at 10:00 a.m.** in Courtroom C, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX,

**IT IS SO ORDERED**.

**SIGNED** this 27th day of June, 2025, at 2:37 p.m.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE