FILED
July 03, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
                DEPUTY

**SUNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **ESAU ERNEST CHICAS ORTEGA,** § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | |
| § | **CIVIL NO. SA-25-CV-689-OLG** |
| **KRISTI NOEM** *et al.*, § | |
| § | |
| Respondents. § | |

## O R D E R

Pending before the Court is Respondents' Response in Opposition to Petitioner's Motion for Temporary Restraining Order and/or Preliminary Injunctive Relief, wherein Respondents argue that the "Court lacks jurisdiction to grant the relief that Petitioner seeks." Dkt. No. 8 at 2. Specifically, Respondents argue that the jurisdiction stripping statute deprives the Court of jurisdiction to decide this case. *Id.* at 2, 5; *see* 8 U.S.C. § 1252(g). Respondents also argue that Petitioner's claim under *Zadvydas v. Davis*, 533 U.S. 678 (2001), is premature because he was only recently detained incident to his forthcoming removal. *See* Dkt. No. 8 at 6–9.

However, Respondents do not substantively address Petitioner's claim that he is entitled to some measure of due process prior to his removal to a third country. *Compare* Dkt. No. 1 at 4–5, *with* Dkt. No. 8 at 8–10. Multiple district courts have found that, notwithstanding the jurisdiction stripping statute, federal district courts maintain jurisdiction to review such a claim. *See D.V.D. v. U.S. Dep't of Homeland Sec.*, — F. Supp. 3d — (D. Mass. 2025) ("This Court may review the purely legal question of whether the Constitution and relevant statutes require notice and an opportunity to be heard prior to removal of an alien to a third country."), *stayed pending appeal*, — S. Ct. — (2025); *E.D.Q.C. v. Stewart Det. Ctr.*, — F. Supp. 3d — (M.D. Ga. 2025) ("As the

2

district court has done in *D.V.D.*, this Court will not construe § 1252(g) to immunize an unlawful practice from judicial review." (citation modified)).

**IT IS THEREFORE ORDERED** that Respondents shall file a supplemental response addressing this issue no later than **Monday, July 7, 2025**.

**IT IS SO ORDERED**.

**SIGNED** this 3rd day of July, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE