**FILED**
July 07, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

**SUNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ESAU ERNEST CHICAS ORTEGA,** | § | |
| Petitioner, | § | |
| v. | § | **CIVIL NO. SA-25-CV-689-OLG** |
| **KRISTI NOEM** *et al.*, | § | |
| Respondents. | § | |

## O R D E R

Pending before the Court is the status of the above-referenced case, in which a hearing on Petitioner's motion for a preliminary injunction (the "Motion") (Dkt. No. 4) is currently set for Wednesday, July 9, 2025, at 10:00 a.m. *See* Dkt. No. 7 at 2. Upon careful consideration, the Court issues the following order:

**IT IS HEREBY ORDERED** that Respondents' deadline to file a supplemental response to the Motion (Dkt. No. 4) is extended to **Friday, July 11, 2025**.

**IT IS FURTHER ORDERED** that Petitioner's deadline to file a reply in support of the Motion (Dkt. No. 4) is extended to **Monday, July 14, 2025**.

**IT IS FURTHER ORDERED** that the hearing on the Motion (Dkt. No. 4) is **RESET** to **Monday, July 21, 2025, at 10:00 a.m.** in Courtroom C, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX. Petitioner shall be present for the hearing.

**IT IS FURTHER ORDERED** that Respondents shall answer or otherwise respond no later than **Wednesday, July 23, 2025**.

2

**IT IS SO ORDERED**.

**SIGNED** this 7th day of July, 2025.

                                                              ORLANDO L. GARCIA
                                                              UNITED STATES DISTRICT JUDGE