# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ESAU ERNESTO CHICAS ORTEGA | § | |
| | § | CIVIL NO: |
| vs. | § | SA:25-CV-00689-OLG |
| | § | |
| KRISTI NOEM, SYLVESTER ORTEGA, PAMELA BONDI | § | |

## ORDER RESETTING MOTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MOTION HEARING** in Courtroom C, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Thursday, July 24, 2025 at 10:30 AM**.

IT IS SO ORDERED this 9th day of July, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE

Dkt. 4 Motion for Temporary Restraining Order